914 A.2d 834

IN THE MATTER OF CHRISTOPHER J. FAUCI, AN ATTORNEY AT LAW (ATTORNEY NO. 048581996).

January 25, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–221, concluding as matter of reciprocal discipline pursuant to *Rule* 1:20–14 that **CHRISTOPHER J. FAUCI** of **NEW YORK, NEW YORK**, who was admitted to the bar of this State in 1997, should be suspended from the practice of law for a period of eighteen months based on discipline imposed in the State of New York for conduct that in New Jersey constitutes a violation of *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 3.3(a)(false statement of material fact or law to a tribunal), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC*

8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **CHRISTOPHER J. FAUCI** is suspended from the practice of law for a period of eighteen months, effective February 19, 2007, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.